**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| MARGARET DICKENSON, and KIM GREEN, individually and on behalf of other similarly situated individuals,<br><br>　　　　　Plaintiffs,<br>v.<br><br>RYLA TELESERVICES, INC.<br><br>　　　　　Defendant. | )<br>) Case No.: 11-cv-01208 RBJ-KLM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER FOR STIPULATION FOR CONDITIONAL COLLECTIVE ACTION CERTIFICATION AND JUDICIAL NOTICE**

_____

BASED UPON THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT:

1.　The Court finds that Plaintiffs satisfy the similarly situated requirement of 29 U.S.C. § 216(b) for the sole purpose of conditional certification;

2.　This case is hereby conditionally certified as a collective action under 29 U.S.C. § 216(b) of the Fair Labor Standards Act;

3.　The Court hereby authorizes and approves judicial notice to potential opt-ins to inform them of the action and to give them an opportunity to join this action as party plaintiffs by opting in;

4. Within two weeks of this Order, Defendant's counsel shall provide a list to Plaintiffs' counsel in electronic, delimited, and importable format (i.e., Microsoft Excel (.xls), or Symbolic Link (SYLK(.slk)) of all persons who are or have been employed by Defendant as customer service representatives in Colorado Springs, Colorado at any time during the three years before the date of this Order. The list shall include the employees' names, job titles, most recent addresses listed in Ryla's records, dates of employment, locations of employment, and social security numbers (last four digits only).

5. Plaintiffs' counsel shall administer the notice process, using the Notice that the parties have filed with the Court.

6. The Notice period shall extend 60 days from the date that Plaintiffs' counsel disburses the Notice.

IT IS SO ORDERED, this 16th day of July, 2012.

Brooke Jackson

_____
The Honorable R. Brooke Jackson
UNITED STATES DISTRICT JUDGE