# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| MARGARET DICKENSON, and KIM GREEN, individually and on behalf of other similarly situated individuals,<br><br>　　　　Plaintiffs,<br>v.<br><br>RYLA TELESERVICES, INC.<br><br>　　　　Defendant. | Case No.: 1:11-cv-01208 (RBJ/KLM)<br><br>**ORDER GRANTING PLAINTIFFS' SECOND UNOPPOSED MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES** |

On July 10, 2013, Plaintiffs' brought an Unopposed Motion for Attorneys' Fees and Litigation Expenses. Having considered the supporting memorandum of law, declaration, and exhibits, the Court issues the following Order:

1. Plaintiffs' Unopposed Motion for Attorneys' Fees and Litigation Expenses is granted.

**IT IS SO ORDERED** this 16th day of July, 2013.

_____
The Honorable R. Brooke Jackson
United States District Judge