**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| MARGARET DICKENSON, and KIM GREEN, individually and on behalf of other similarly situated individuals,<br><br>Plaintiffs,<br>v.<br><br>RYLA TELESERVICES, INC.<br><br>Defendant. | Case No.: 1:11-cv-01208 (RBJ/KLM)<br><br>**ORDER GRANTING SECOND JOINT MOTION FOR SETTLEMENT APPROVAL** |

Having considered the Parties' Second Joint Motion for Settlement Approval [docket #130], the supporting memorandum of law, declaration, and exhibits, the Court issues the following Order:

1. The Parties Joint Motion for Approval of their FLSA Settlement is **GRANTED**. The terms of the settlement are fair, reasonable, and resolve a bona fide dispute between the Parties with respect to liability and damages.

This matter is hereby **DISMISSED WITH PREJUDICE** and without fees, costs, or disbursements to any party, except as provided in the Court's Order on the Plaintiffs' Second Unopposed Motion for Attorney's Fees and Litigation Expenses. **IT IS SO ORDERED** this 16th day of July, 2013.

*/s/ Brooke Jackson*
_____
The Honorable R. Brooke Jackson
United States District Judge